No. 342. SOUTHERN RAILWAY CO. *v.* HUSSEY. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Charles A. Houts* and *H. N. Quigley* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 351. ECKERT *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. C. R. Dewey* and *Henry T. Dorrance* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *A. H. Conner* for respondent.

No. 370. ALFORD *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Thos. M. Foley* and *Leo R. Friedman* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 422. CUSTER *v.* McCUTCHEON. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. James R. Bothwell* and *J. F. Nugent* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson* and *Messrs. Claude R. Branch, E. T. Burke,* and *Paul D. Miller* for respondent.

No. 423. SANCHEZ *v.* BORRAS. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals